IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON GUY JARMAN,**                                                        **PLAINTIFF**

v.                                    Case No. 3:22CV00227-JM-JTK

**MARTY BOYD,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE